AO 442 (Rev 11/11) Arrest Warrant

FID K

8780133

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RAYSHAWN D. LIGON | ) | Case No.  1:19MJ2052 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RAYSHAWN D. LIGON                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute Fentanyl, and Attempted Possesion with Intent to Distribute Fentanyl, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(B).

Date:   03/06/2019 1:33 PM

*Issuing officer's signature*

City and state:   Cleveland, Ohio

David A. Ruiz, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |